

**ORDERED in the Southern District of Florida on December 11, 2019.**

Laurel M. Isicoff
Chief United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| In re: | Case No.  18-17090-BKC-LMI |
| REYNALDO HECHAVARRIA and GABY KRALJ, | Chapter 13 |
|     Debtors. _____/ | |

### ORDER TO SHOW CAUSE WHY ATTORNEY RICHARD SIEGMEISTER SHOULD NOT BE SANCTIONED FOR FAILURE TO APPEAR AND SETTING HEARING

**THIS CAUSE** came before the Court *sua sponte* after Confirmation hearing on December 3, 2019. Debtor's Counsel, Richard Siegmeister, Esq., failed to appear at the Confirmation hearing to represent the Debtor. A review of the record indicates that Debtor's counsel was served with the Order Reinstating Chapter 13 Case (ECF #155) which reset the Confirmation hearing.

Debtor's Counsel having failed to appear at the duly scheduled Confirmation hearing to represent his/her client, it is

Case No. 19-22460-BKC-LMI

2

**ORDERED** that Richard Siegmeister, Esq. shall appear at a hearing on at **January 7, 2020 at 9:00 a.m.** at the **United States Bankruptcy Court, C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Room 817/Courtroom 8, Miami, Florida 33128** to show cause why Richard Siegmeister, Esq., should not be sanctioned for failing to appear at the Confirmation hearing.

Counsel may file a written response to this Order to Show Cause no less than seven (7) days prior to the scheduled hearing, and notify the Judge's chambers that a response has been filed. If the Court determines the explanation is adequate the Court may discharge the Order to Show Cause and cancel the hearing. If the Court does not discharge the Order to Show Cause prior to the hearing counsel must appear.

###

*The Clerk of Court shall serve a copy of this order upon all parties in interest.*