

**ORDERED in the Southern District of Florida on January 12, 2020.**

Laurel M. Isicoff
Chief United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                              Case No. 18-17090-BKC-LMI

REYNALDO HECHAVARRIA and GABY            Chapter 13
KRALJ,

        Debtors.
_____/

### ORDER DISCHARGING ORDER TO SHOW CAUSE WHY ATTORNEY RICHARD SIEGMEISTER SHOULD NOT BE SANCTIONED FOR FAILURE TO APPEAR AND CANCELING HEARING

**THIS CAUSE** came before the Court on January 7, 2020 upon Order to Show Cause Why Attorney Richard Siegmeister Should not be Sanctioned for Failure to Appear (ECF #165). The Court having reviewed the response and based on the record, it is

ORDERED AND ADJUDGED that:

1. The Order to Show Cause Why Attorney Richard Siegmeister Should not be Sanctioned for Failure to Appear (ECF #165) is discharged.

###

Copy furnished to:
Richard Siegmeister, Esq.

*The Clerk of Court shall serve a copy of this order upon all parties in interest.*