**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI-DADE DIVISION**
**www.flsb.uscourts.gov**

In Re:                                                     Case Number **18-17090**

**REYNALDO HECHAVARRIA**              Chapter        **13**
**and GABY KRALJ**

_____Debtors_____/

**DEBTOR'S RESPONSE AND OBJECTION TO**
**MOTION FOR RELIEF FROM AUTOMATIC STAY (ECF 171)**

The debtors REYNALDO HECHAVARRIA and GABY KRALJ by and through

undersigned counsel files this their Response and Objection to Motion for Relief from Automatic

Stay (ECF 171) and in support thereof states as follows:

1.  The secured creditor Liberty Home Equity Solution (hereinafter Liberty"), approved

the debtor's last Chapter 13 Plan and base their motion on allegations the debtors failed to

maintain Hazard insurance and Property Taxes on the Subject Property (ECF 171, ¶6) of its

reverse mortgage and therefore the is no equity in the subject property.

2.  The Motion for Relief From Automatic stay should be denied in part because the

debtor's home is in a multi-unit multi- story single building condominium and hazard insurance

is maintained by the condominium association a fact of which the secured creditor was and is

aware.

3.  The request for Stay Relief as to property taxes should be continued because:

a.  The debtor's financial matters were at all times handled by the Mr. Hechevarria

who has become incapacitated due to a medical condition.

b.  The debtor's own a commercial property for which Ms. Kralj paid the 2019

real estate taxes but not the real estate taxes on her home under the confused belief that they were paid as paid through the mortgage thereon.

    c.  Ms. Kral will be paying the real estate taxes shortly.

4.  Regardless of the forgoing Liberty is requesting relief based upon a lack of adequate protection and insufficiency of equity (See ECF 171 ¶ 12) which be denied.

5.  The is equity in the Subject property because:.

    a.   Liberty filed is Claim number 7 as fully secured  in the amount of four hundred eighty seven one hundred sixty two dollars and ninety seven cents ($487,162.97).

    b.  The mortgage an Adjustable-Rate Note Home Equity Conversion, formerly known as Liberty Reverse Mortgage values the subject property at seven hundred ninety five thousand dollars ($795,000.00) the amount it is willing to advance against the subject property.

    c.  The amount of property taxes due and owing is ten thousand five hundred eighty four dollars and twenty six cents ($10,584.26) and is not at this time a lien against the subject property.

    d.  Even including the 2019 property taxes there is approximately thirty two percent (32%) or approximately two hundred fifty four thousand dollars ($254,000.00), equity in the subject property.

6. Pursuant to *In re Ramos* 357 BR 667, 668 (BR Southern District Fla, 2006), ........ the issue of equity in property for purposes of stay relief is one part of a two part test under 11 U.S.C. § 362(d)(2) which requires Lender to show that Debtor has no equity in the Residence and that the Residence is not necessary for an effective reorganization.

7.  The debtors' confirmed chapter 13 plan, that Liberty accepted is based upon the debtor's intention to cure a prepetition arrears due and owing to Liberty thereby asserting the necessity of of their homestead property to an effect reorganization.

8.  The granting of the rleif requested will prejudice no party hereto

WHEREFORE the debtors REYNALDO HECHAVARRIA and GABY KRALJ prays the

court will enter an order denying Liberty's Motion for Stay relief and issue any other order the

Court deems appropriate under the facts and circumstances herein.

RESPECTFULLY SUBMITTED in the Southern District of Florida, Miami-Dade

Division on this 28th  day of February 2020.

_____/S/_____
Richard Siegmeister, Esquire
Richard Siegmeister P.A.
Attorneys for REYNALDO HECHAVARRIA
        and GABY KRALJ
3850 Bird Road, Floor 10
Miami, Florida 33146
Florid Bar No. 0700975
Tel 305 859-7376
Email: rspa111@att.net
        rspalaw@att.net

\\SERVER\Documents\MyFiles\Data - Old\BANKRDTR\000 CHAPTER 13\Hechevarria 3\202028 Objection to stay relief ecf 171.wpd